U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

OCT 21 2025

Kevin P. Weimer, Clerk
By
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Newnan
(USAO: 2025R00760)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fayette

DISTRICT COURT NO.

MAGISTRATE CASE NO.   3:25-CR-00022

Indictment
DATE:

Information
DATE: October 21, 2025

X Magistrate's Complaint
DATE: August 12, 2025

UNITED STATES OF AMERICA
vs.
JEFFREY STONE

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   X Yes   No
Is the defendant in custody on this charge or other conviction?   This charge
Is the defendant awaiting trial on other charges?   Yes   X No
   Other charges:
   Name of institution:

Will the defendant require an interpreter?   Yes   X No

District Judge:
Magistrate Judge: Justin S. Anand

Attorney: Jamil Favors
Defense Attorney: